IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEM MATEO,

      Plaintiff,

vs.                                CASE NO. 5:06cv114/RS

DOCTOR PIMENTAL, et al,

      Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice.

3. Plaintiff may refile his case upon full payment of the $350.00 filing fee.

ORDERED on June 30, 2006.

                                              **/S/ Richard Smoak**
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**